
| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | 17 CR 686 |
| v. | § | CRIMINAL NO. |
| | § | (under seal) |
| SBM OFFSHORE, N.V. | § § § | |

## MOTION TO SEAL

COMES NOW the United States of America, by and through Abe Martinez, Acting United States Attorney, and Suzanne Elmilady, Assistant United States Attorney, for the Southern District of Texas, moves this Honorable Court to seal the information and summons in this case until the appearance of the defendant is secure.

WHEREFORE, the Government requests that this information be filed under seal, except for copies to Assistant United States Attorney Suzanne Elmilady, and to any law enforcement investigating agency for their investigative needs and a copy to execute the summons, specifically but not limited to, Special Agent Brandon Munoz with HSI.

Respectfully submitted,

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

Suzanne Elmilady
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
713-567-9574