# UNITED STATES DISTRICT COURT

for the

Southern DISTRICT OF Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>SBM OFFSHORE N.V. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: H-17-686 |

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/29/2017

*Defendant's signature*

*Signature of defendant's attorney*

ROBERT D. LUSKIN

*Printed name of defendant's attorney*

**Honorable David Hittner**
United States District Court Judge