UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | x | |
| | x | |
| - v. - | x | |
| | x | **Criminal No. 17-686** |
| **SBM OFFSHORE N.V.,** | x | |
| | x | |
| **Defendant.** | x | |

## ORDER

This cause came before the Court on the United States' unopposed Motion to Dismiss the Criminal Information. Having considered the Motion and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Information in this case is hereby dismissed with prejudice.

**SO ORDERED**.


Date: May ___, 2021                     _____
                                        DAVID HITTNER
                                        United States District Judge


cc:    All counsel of record