United States District Court
Southern District of Texas
**ENTERED**
May 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | x | |
| | x | |
| - v. - | x | |
| | x | Criminal No. 17-686 |
| SBM OFFSHORE N.V., | x | |
| | x | |
| Defendant. | x | |

## ORDER

This cause came before the Court on the United States' unopposed Motion to Dismiss the Criminal Information. Having considered the Motion and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Information in this case is hereby dismissed with prejudice.

**SO ORDERED.**

Date: May **28**, 2021

DAVID HITTNER
United States District Judge

cc:   All counsel of record